UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIKS KUBIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABODE SERVICES AGENCY, et al.,<br><br>    Defendants. | Case No.18-cv-00658-PJH<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    (X)    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED. Issuance of summons and service will be determined after plaintiffs file their amended complaint by March 30, 2018.

    ( )    The complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

    ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee is $400.00 be paid no later than.  Failure to pay the filing fee by that date will result in dismissal for the above- entitled action without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

    ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and

the plaintiff is further ordered that:

    ( )    Filing fee waived in part: partial payment of $ due on, remaining balance to be waived.

    ( )    Partial payment of $ due on, remaining balance due and payable on.

    ( )    Partial payment of $ due on, remaining balance due in installments as follows.

Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: March 2, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge

(Not to be used in PRISONER OR HABEAS CORPUS CASES) (rev. 4/22/2014)