UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELIKS KUBIN, et al.,

    Plaintiffs,

v.

ABODE SERVICES AGENCY, et al.,

    Defendants.

Case No. 18-cv-00658-PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 6

    The court has reviewed Magistrate Judge Maria-Elena James' Report and Recommendation Re: Dismissal of Complaint Under 28 U.S.C. § 1915(e)(2). No objections to Judge James' report and recommendation were filed. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the complaint is DISMISSED WITH LEAVE TO AMEND, except with respect to plaintiffs' claim based on 5 C.F.R. Part 2635.702, that claim is DISMISSED WITH PREJUDICE.

    Any amended complaint must be filed by March 30, 2018, and may not restate a claim premised on 5 C.F.R. Part 2635.702. Additionally, no new claims or parties may be added without leave of court.

    **IT IS SO ORDERED.**

Dated: March 2, 2018

_____

PHYLLIS J. HAMILTON
United States District Judge